[No. 47028-4-II.   Division Two.   May 3, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. KARENA K. EIDSMOE, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 13-1-00521-2, Toni A. Sheldon, J., entered December 15, 2014. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Bjorgen, C.J., and Maxa, J.

[No. 47132-9-II.   Division Two.   May 3, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. FOREST STORM NAILLON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-03749-1, Jack F. Nevin, J., entered January 16, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Bjorgen, C.J., and Maxa, J.

[No. 47502-2-II.   Division Two.   May 3, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MARBELLA HERNANDEZ-LORENZO, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 14-1-01559-3, Robert A. Lewis, J., entered April 21, 2015. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson and Sutton, JJ.